IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–00405–MSK–KMT

JOSEPH T. MOORE,

    Plaintiff,

v.

PNS STORES, INC., d/b/a BIG LOTS, and
JOHN DOE (whose true name is unknown), individually, jointly, severally, and in the alternative,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Defendant's Unopposed Motion to Allow Deposition of Inmate Isaac A. Frequez pursuant to Fed. R. Civ. P. 30(a)(2)(B)" (Doc. No. 19, filed Nov. 1, 2011) is GRANTED.  Pursuant to Fed. R. Civ. P. 30(a)(2)(B), Defendant's counsel is permitted to take the deposition of Inmate Isaac A. Fresquez on or before November 18, 2011, at a date and time to be agreed upon by the parties.

Dated: November 3, 2011